# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20298

United States Court of Appeals
Fifth Circuit

**FILED**

March 8, 2017

Lyle W. Cayce
Clerk

FRANCES D. GERMANY,

Plaintiff - Appellant

v.

HOUSTON INDEPENDENT SCHOOL DISTRICT, also known as HISD,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-3078

Before BARKSDALE, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Frances Germany appeals the district court's grant of summary judgment on her disability discrimination and retaliation claims against Defendant-Appellee Houston Independent School District. Based on our review of the briefs, the applicable law, and the record, we AFFIRM the judgment of the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.